UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : CRIM. NO. 08-559 (SRC) |
| TODD SINGLETON | : ORDER |
| Defendant. | : |

AND NOW, this 6th day of April, 2009, upon consideration of the Pretrial Motions of Defendant Todd Singleton (K. Anthony Thomas, Assistant Federal Public Defender, appearing), and the United States of America (Matthew E. Beck, Assistant United States Attorney, appearing) having responded, and for good cause, it is hereby ORDERED that the defense motions are GRANTED IN PART AND DENIED IN PART as follows:

    1. An Order suppressing the gun is DENIED;

    2. An Order bifurcating the prior felony conviction is DENIED;

    3. An Order dismissing the Indictment in the event that evidence or investigative notes were destroyed is DENIED as moot;

    4. An Order compelling the Government to review the personnel files of law enforcement officers involved is DENIED as MOOT;

5. An Order requiring the Government to preserve and produce all rough notes created by any and all law enforcement agencies and Government witnesses in the course of the investigation leading to the Indictment is DENIED as moot;

6. Based on the Government's representation, the production of all <u>Jencks</u> Act material not previously disclosed will be submitted to the defense one week prior to trial;

7. An Order incorporating the Government's Continuing Obligation to produce exculpatory evidence, as set forth in the Order for Discovery and Inspection, is GRANTED;

8. An Order requesting the disclosure of any evidence the Government seeks to introduce pursuant to Fed. R. Evid. 404(b) is GRANTED, to wit, the Government shall provide the defense timely notification of its intention to introduce any such evidence;

9. Mr. Singleton is hereby GRANTED leave to file a motion to suppress his post-arrest statement; and

10. The Government's request for reciprocal discovery is hereby GRANTED.

4/16/09

Honorable Stanley R. Chesler
United States District Court Judge