UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 08-559 (SRC) |
| TODD SINGLETON | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Matthew E. Beck, Assistant U.S. Attorney) and defendant Todd Singleton (by K. Anthony Thomas, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter from May 4, 2009 through July 6, 2009, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant stating that he is currently trying to locate witnesses, and the defendant having consented to the continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) the defendant is currently trying to locate witnesses that he deems essential to the trial of this matter;

(2) Defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(3)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 20th day of April, 2009,

ORDERED that this action be, and it hereby is, continued from May 4, 2009 through July 6, 2009; and the trial shall be scheduled for July 6, 2009, absent any other reason to continue the proceedings; and it is further,

ORDERED that the period from May 4, 2009 through July 6, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant to Title 18, United States Code, Section 3161.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

K. ANTHONY THOMAS
ASSISTANT FEDERAL PUBLIC DEFENDER

MATTHEW E. BECK
ASSISTANT UNITED STATES ATTORNEY