UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 08-559 (SRC) |
| TODD SINGLETON | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the application of defendant Todd Singleton (by Bukie O. Adetula, Esq., appearing), and consented to by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Matthew E. Beck, Assistant U.S. Attorney) for an order granting a continuance of the proceedings in the above-captioned matter from September 30, 2009 through December 1, 2009, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant requesting this delay in part because of his new counsel's trial schedule, and the defendant having consented to the continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) defense counsel was recently appointed and has requested additional time to prepare for the trial in this matter;

(2) plea negotiations are currently in progress, and the defendant desires additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary

(3) defendant consents to the continuance; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a

speedy trial.

WHEREFORE, IT IS on this 3⎯ day of August, 2009,

ORDERED that this action be, and it hereby is, continued from September 30, 2009 through December 1, 2009; and the trial shall be scheduled for December 1, 2009 at 10:00 a.m., absent any other reason to continue the proceedings; and it is further,

ORDERED that the period from September 30, 2009 through December 1, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant to Title 18, United States Code, Section 3161.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge

I hereby consent to the form
and entry of this Order

_____ 8/18/09
BUKIE O. ADETULA
Counsel for Defendant Todd Singleton

_____
MATTHEW E. BECK
Assistant United States Attorney