UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 08-559 (SRC) |
| TODD SINGLETON | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Todd Singleton (by Bukie O. Adetula, Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey (by Matthew E. Beck, Assistant U.S. Attorney) for an order granting a continuance of the proceedings in the above-captioned matter from January 31, 2010 through February 16, 2010, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant having consented to the continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) Defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the

defendant in a speedy trial.

WHEREFORE, IT IS on this ___14___ day of January, 2010.

ORDERED that this action be, and it hereby is, continued from January 31, 2010 through February 16, 2010; and the trial shall be scheduled for February 16, 2010; and it is further,

ORDERED that the period from January 31, 2010 through February 16, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant to Title 18, United States Code, Section 3161.


HONORABLE STANLEY R. CHESLER
United States District Judge

I hereby consent to the form
and entry of this Order


BUKIE O. ADETULA
Counsel for Defendant Todd Singleton


MATTHEW E. BECK
Assistant United States Attorney